## WILLARD *against* MISSANI.

DAVIS, moved to set aside the declaration, for *irregulari-ty*. The *capias ad resp.* was at the suit of *George B. Wil-lard* against *John Theodore De Missani*, who put in special bail the 23d *January* last, at the suit of *George B. Willard.* The declaration commenced thus : " *Charles Willard*, at whose suit, by the name of *George B. Willard, John Theodore De Missani* was arrested in this suit," &c.

*Russell*, contra, referred to *Murray* v. *Hubbart*, (1 B. & P. 645,) *Symmers* v. *Wason*, (*id.* 105,) and to 1 *Chitty's Pl.* 251-2, which, *in terms*, sanctions this mode of declaring. He said, the defendant is not entitled to *oyer*, in order to plead this matter *in abatement ;* and ought not to be permit-ted to take advantage of the variance in this summary way. (*Tidd*, 404. *Spalding* v. *Mure*, 6 *T. R.* 363.)

*Davis*, said that for this very reason the objection should be allowed. Here was an attempt to charge a man, by de-claring in a cause wherein no writ ever issued, and in which neither party are in Court. No *case* can be found to sanc-tion such a proceeding. The authorities referred to, in *Bo-sanquet & Puller*, are where the *defendant* is misnamed.

*Curia.* The 1 *Chitty on Pl.* 251-2, is an authority for this mode of declaring ; but the case to which he refers is *Murray* v. *Hubbart*, (1 B. & P. 645.) This case does not bear him out. It is where a defendant, sued by a *wrong* name, *appeared*, and was *declared against* by his *right* one. The case here is directly the reverse. The *capias* is at the suit of *George B. Willard*, according to which the defen-dant appears. *Charles Willard* then comes in and de-clares in his own name. The *declaration* must correspond with the *process* in the names of the parties. (*Tidd*, 402.) The case of a *defendant*, sued by a *wrong* name and appear-ing in his *right* one, is an *exception* to this rule. The plain-

*The declar-ation must a-gree with the process in the names of the parties.*

*Where the process is at the suit of G. B. W. and the declaration is in the name of C. W. stating that the defen-dant was arres-ted at his suit, by the name of G. B. W. the declara-tion was set a-side for irre-gularity.*

*Where the defendant is sued by a wrong name, but appears by his right one, he may be declared a-gainst by the latter.*

NEW YORK,   tiff may, in such case, declare against him, by the name in
May, 1823.  which he *appears*, stating that he was arrested or served with

JACKSON     process by the other : for, by *appearing*, the defendant admits
v.          himelf to be the person sued, and so the variance is immate-
CRANE.
rial. (*Tidd*, 402.   *Hole* v. *Finch*, 2 *Wils*. 393.)


And the motion was granted.